ALBANY,
February, 1809.

Hoyt
v.
Peterson.

Where a judgment was obtained in the justices' court, in New-York, on which a certiorari was brought to this court, and the defendant being taken on a ca. sa. in the court below, paid the money into that court, and was discharged, and afterwards the judgment below being affirmed in this court, the attorney of the defendant in error issued a ca. sa. on the judgment in this court against the plaintiff in error, for the amount of damages and costs recovered in the court below, and the costs of error, which were paid to the sheriff; this court ordered the money to be refunded, with costs to be paid by the attorney, and a satisfaction to be indorsed on the ca. sa.

HOYT *against* PETERSON.

ON the 5th *September*, 1807, the defendant in error, recovered against the plaintiff in error, as surviving partner of *Hoyt & Tom*, a judgment in the justices' court, in *New-York*, for 213 dollars, and which was removed to this court by *certiorari*. On the 9th of *September*, the plaintiff in error was taken on a *ca. sa.* issued out of the justices' court, and, being in custody, he obtained a *certiorari*, returnable in this court in *November*, 1807, and thereupon moved the court below, to be discharged from the execution, but the court refused to discharge him, on which he paid the amount of the execution to the clerk of the court below, and took his receipt for the same. This was done by the direction of the court, and on payment of the money, he was discharged. There were three other causes in the same situation, in all of which writs of *certiorari* were brought to this court, and the judgments below affirmed. (3 *Johns. Rep.* 518.) In *December* last, executions were issued against the plaintiff in error, on the judgments of affirmation in this court, not only for the costs in error, but for the amount of damages and costs recovered in the court below, the whole of which was paid to the sheriff by the plaintiff in error, with the poundage.

*Harison* now moved for a rule, that the monies levied on the executions, in each of the causes, except the costs taxed in error, be refunded to the plaintiff in error, by the sheriff, with the poundage paid, and in case the same should have been paid over to the attorney of the defendants below, that then the attorney should refund the same, and pay the costs of this application, and that satisfaction be indorsed on the executions.

*Ostrander*, for the defendant in error.

*Per Curiam.* Take your rule, with costs, which must be paid by the attorney, and let satisfaction be indorsed on the execution.

Rule granted.